UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT
NOTICE OF AMENDMENT
(Cover Sheet for Amendments to Schedules & Statements
and for Schedules Not Previously Filed)

Case Name: Robert & Tina Kimball

Case No.: 03-11713

Chapter: 13

**Amendment/Schedule Information** (Check one)

__X__ 1. Amendment to previously filed document*

_____ 2. Schedule not previously filed

_____ 3. Schedule of Post-Petition Debts (result of conversion - no fee due)

Amended Creditor Matrix

**Creditor/Schedule Information** (Check one)

_____ 1. No creditors are being added to or deleted from the initial list of creditors by this amendment/schedule.

__X__ 2. Creditors are being added by this amendment/schedule, **AND**

  __X__ The $20.00 amendment fee is attached for adding parties, **AND**

  __X__ A mailing list in the format prescribed by the Clerk with the complete names and addresses of the parties **added** is attached. **Note: Do not repeat creditor information from a previously filed mailing list.**

_____ 3. Creditors are being deleted by this amendment, **AND**

  _____ The $20.00 amendment fee is attached for deleting parties.

_____ 4. Schedules of creditors are being modified to change amount of debt or classification of debt, **AND**

  _____ The $20.00 amendment fee is attached.

I certify that I have served all parties who are affected by this amendment/schedule with a copy thereof and a copy of the Notice of Bankruptcy Case Meeting of Creditors and Deadlines ("341 Meeting Notice"), if applicable, and have served any Trustee.

12-10-03
Date

_[signature]_
Attorney for Debtor
(Debtor to sign if *pro se*)

I declare under penalty of perjury that I have read this amendment cover sheet and the attached schedules, lists, statements, etc., consisting of ____ sheets, numbered 1 through ____, and that they are true and correct to the best of my knowledge, information, and belief.

12/10/03
Date

_Robert A. Kimball_
Signature of Debtor

12/10/03
Date

_Tina M. Kimball_
Signature of Joint Debtor, if any

*Note: If dollar amounts on amended schedules change the total for any schedule, an amended Summary of Schedules document should also be filed.

Vermont Local Bankruptcy Rule 1002-1 requires an original plus (3) copies for cases filed under Chapter 7, 12, or 13; an original and (6) copies for cases filed under Chapter 9 or Chapter 11 of the Bankruptcy Code. Copies of this Cover Sheet must be attached to each copy of the amended documents.

11/15/01

# Amended Creditor Matrix
03-11713
Kimball, Robert and Tina

Hulbert Supply Co., Inc.
Pine Street
Burlington, VT 05401

Jon T. Anderson, Esq.
Burak Anderson & Melloni, PC
30 Main Street, Suite 210
P.O. Box 787
Burlington, VT 05402-0787